$35,000.COM

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> $35,000.00 UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL CASE NO. 02-00026 <br><br> **VERIFIED COMPLAINT OF FORFEITURE** |

COMES NOW the plaintiff United States of America, by and through its attorneys, Frederick A. Black, United States Attorney, and Karon V. Johnson, Assistant United States Attorney, and respectfully states as follows:

1. This is a civil action <u>in rem</u> brought to enforce the provision of 21 U.S.C. § 881(a)(6) for the forfeiture of United States currency which was used or intended to be used n exchange for controlled substances or represents proceeds of trafficking in controlled substances or was used

-1-

or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.

2. This court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.

3. The defendant is $35,000.00 in United States currency.

4. The defendant $35,000.00 United States currency was seized while located within the jurisdiction of this Court.

5. The facts and circumstances supporting the seizure and forfeiture of the defendant currency are contained in the Declaration of DEA Special Agent Jon Y. Anderson, attached hereto and incorporated herein as Exhibit A.

6. On June 16, 2002, a claim was tendered by claimant Charles Kirtley.

7. The defendant $35,000.00 United States currency was used, or intended to be used, in exchange for controlled substances, or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

**WHEREFORE**, the United States of America prays that process of warrant in rem issue for the arrest of the defendant $35,000.00 United States currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant $35,000.00 United States currency be forfeited to the United States of America for disposition according to law; and that the United States of America be

\\

\\

| | |
|---|---|
| 1 | granted such other relief as this Court may deem just and proper, together with the costs and |
| 2 | disbursements of this action. |
| 3 | RESPECTFULLY SUBMITTED this __6th__ day of September, 2002. |

FREDERICK A. BLACK
United States Attorney
Districts of Guam and CNMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

# DECLARATION
(Exhibit A)

I, JONATHAN Y. ANDERSON, being first duly sworn, do depose and say:

1. That I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since September, 1991. I have been assigned to the Guam Resident Agency since January 10, 1992. I have been assigned to investigate alleged violations of Federal narcotics laws. During the course of my employment I have attended seminars and conferences concentrating solely on the topic of forfeitures surrounding the trafficking in controlled substances, and have been personally responsible for the seizure and forfeiture of money, vehicles, and other valuables which were the proceeds of Federal drug violations. I have participated in numerous investigations concerning the manufacture of marijuana, and have extensive training and experience in "indoor grows" of marijuana. During the course of my employment, I have investigated numerous violations of Federal drug laws and money laundering violations.

2. This affidavit is made in support of the Complaint to forfeit a total of $35,000.00 in United States Currency, which was located at the residence of Michael C. Kirtley at 313 Apacha Drive, Talofofo, Guam, on December 1, 2000. The defendant $35,000.00 United States Currency was discovered during the execution of a search warrant at that address. The search began about 8:45 p.m. and was based on probable cause to believe that Michael C. Kirtley was using the residence to manufacture marijuana. During the execution of the search, DEA agents and other assisting law enforcement officers seized the following: 126 potted marijuana plants ranging from three to five feet in height; a gallon size Zip Loc bag contained dried marijuana; a programmable timer, a wall thermometer, power transformers, blowers, Ecotechnics clear tubes

- i -

with light fixtures and bulbs; a water pump, a Prolock vacuum sealer and a Chaus triple beam scale. Based upon my training and experience, I believe that marijuana was being cultivated in this residence.

3. Throughout the residence, agents found various documents in the name of Charles C. Kirtley, including a Hawaii drivers license, Government of Guam check stub, blue name tag, and a U.S. passport.

4. Agents discovered a locked safe on the first floor of the residence. The safe was found to contain: seven firearms, miscellaneous items of gold jewelry; ziplock bags and glass vials; a money sack; a calculator; money transaction records which I recognized to concern drug trafficking; and the defendant $35,000.00 United States currency. A photograph of the interior of the safe, with the above-listed items, is attached hereto as Exhibit B. The denominations of the currency was as follows: 425 $20 bills, 208 $50 bills, and 161 $100 bills. In my experience, a large amount of currency in such denominations is consistent with proceeds used in and for drug trafficking.

5. Subsequently, I talked to Manuel Paulino, the owner of 313 Apacha Drive, Talafofo, who told me that Michael C. Kirtley had rented that residence for about a year prior to execution of the search warrant.

6. Sometime after December 1, 2000, Michael C. Kirtley committed suicide. Prior to his death, he wrote a letter confessing to, and defending, his involvement with marijuana. That letter is attached hereto as Exhibit C.

7. Based on these facts, there is probable cause to believe that the defendant $35,000.00 United States Currency is the proceeds of drug sales and drug trafficking, and is therefore subject

- ii -

to seizure and forfeiture to the United States Government pursuant to 18 U.S.C. § 981(b) and 21 U.S.C. § 881(a)(6).

8. I have read the contents of the foregoing Complaint for Forfeiture, and this Declaration, attached to the Complaint as Exhibit A. I declare under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge and belief.

Dated: 9-6-02

JONATHAN Y. ANDERSON
Special Agent, DEA

SUBSCRIBED AND SWORN TO BEFORE ME on this 6th day of September, 2002.

Notary Public

NOREEN F. SORIANO
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Dec. 10, 2005
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

- iii -

Case 1:02-cv-00026   Document 1   Filed 09/10/2002   Page 6 of 14



EXHIBIT B

PHOTOGRAPHED BY: TFA RICHARD FLORES
LOCATION: # 313 PACHA DRIVE, TALAFOFO, GUAM
DATE TAKEN: DECEMBER 01, 2000

Dear Delisa,

I'm so very sorry that it has come to this, I imagined so much more for all 3 of us. I only wanted to get ahead and make my life a little more tolerable and enjoyable. Please take comfort in the fact that I am in a better place now, somewhere where I won't

EXHIBIT C

JUDGED AND TOLD WHAT NOT TO DO. TELL MY CHILD THAT I WAS A GOOD PERSON WHO NEVER HURT ANYONE ELSE. I DID MY JOB AND I CONTRIBUTED TO SOCIETY MORE THAN MOST. I WAS NEVER STONED DURING OUT DUTY AND I TREATED EVERYONE FAIRLY AND EQUAL.

THIS IS AN ADMISSION OF MY GUILT, AS I ACTED SOLELY AND COMPLETELY BY MYSELF WITH NO KNOWLEDGE OR BENEFIT TO ANY OTHERS. I BEAR COMPLETE ~~RESPONSIBLE~~ RESPONSIBILITY FOR MY ACTIONS AND LEAVE AS MY ONLY DEFENSE THAT ?

I LOVE TO SMOKE MARIJUANA I ENJOY GETTING HIGH, I DON'T BELIEVE IT IS MORALLY WRONG OR UNJUST TO SMOKE A COMPLETELY NATURAL UNPROSSESSED PLANT OF THE EARTH. GOD GAVE US MARIJUANA HE GAVE IT FOR

A REASON. MARIJUANA IS NO MORE A DRUG THAN CIGARETTES OR ALCOHOL. YOU CAN'T DIE FROM MARIJUANA BUT YOU CAN FROM ALCOHOL AND CIGARRETTES. (EXCEPT IN MY CASE) WHERE THE LAWS AND JUDGEMENT TOOK MY LIFE.

*Michael C. Kirtley*
MICHAEL C. KIRTLEY

DELISA,

TAKE CARE OF YOURSELF AND PLEASE GO ON WITH YOUR LIFE. ALL I ASK IS THAT YOU GIVE OUR BABY MY LAST NAME. I LOVE YOU ALWAYS AND I LOVE MY BABY!

I LOVE MY WHOLE FAMILY, DON'T BLAME YOURSELVES.

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the Purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
$35,000.00 UNITED STATES CURRENCY

**02-00026**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRMS NAME, ADDRESS, AND TELEPHONE NUMBER)
KARON V. JOHNSON, Assist U.S. Attorney

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

X 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizen of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgement
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suit
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- X 620 Food & Drug
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

RECEIVED SEP 10 2002 DISTRICT COURT OF GUAM HAGATNA, GUAM

## V. ORIGIN (PLACE AN X IN ONE BOX ONLY)

X 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (Specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgement

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) CWA 33 U.S.C. § 1319

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
**DEMAND $**
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES X NO

## VIII. RELATED CASES(S) (See instructions):
IF ANY  JUDGE _____ DOCKET NUMBER _____

DATE 12/9/02
SIGNATURE OF ATTORNEY OF RECORD /s/ Karon V. Johnson

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

ORIGINAL

Case 1:02-cv-00026  Document 1  Filed 09/10/2002  Page 14 of 14