$35,000.NOT

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 11 2002
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00026 |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF ARREST** |
| $35,000.00 UNITED STATES ) CURRENCY, ) | |
| Defendant. ) | |

Notice is hereby given that the United States of America on the 10th day of September 2002, filed an action pursuant to 21 U.S.C. §§ 881(a)(6) and (7), for the forfeiture of the defendant $35,000.00 United States Currency. All claimants to this property must file their claims pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims, within ten (10) days from the date of publication of this Notice, or within ten (10) days of actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim. All such claims and answers must be filed with the Office of the Clerk, United States District Court, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910, with a copy thereof sent to Assistant United States Attorney Karon V. Johnson, Sirena Plaza, Suite 500, 108 Hernan Cortez, Agana, Guam 96910.

-1-

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316-71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

DATED at Hagåtña, Guam, this 11th day of September 2002.

UNITED STATES DISTRICT COURT CLERK

By: *Rosita F. San Nicolas*
Deputy Clerk

RECEIVED
SEP 11 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

$35,000.WAR

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00026 |
| Plaintiff, | ) | |
| vs. | ) | **WARRANT OF ARREST IN REM** |
| $35,000.00 UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

TO: The United States Marshal for the District of Guam:

**WHEREAS** a complaint has been filed in this Court praying that process issue for the arrest of $35,000.00 in United States Currency, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), for violation of 21 U.S.C. §§ 801 et seq.;

**YOU ARE, THEREFORE, HEREBY COMMANDED** to arrest and seize defendant

-1-

$35,000.00 in United States Currency, and use discretion and whatever means appropriate to protect and maintain said defendant property; and

**YOU ARE FURTHER COMMANDED** to provide notice of this action to all persons thought to have an interest in or claim against the defendant property by serving upon such persons a copy of this warrant and summons, and a copy of the verified complaint in rem, in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure.

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

All persons claiming an interest in said property must file their claims, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims within ten (10) days after the execution of the Warrant or actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court for the Territory of Guam, Hagåtña, Guam, with a copy thereof sent to Assistant United States Attorney Karon V. Johnson.

DATED this 11th day of September, 2002.

MARY M. MORAN
Clerk of Court
District Court of Guam

By: /s/ Rosita S. San Nicolas
Deputy Clerk

U.S. Attorney
ACKNOWLEDGED RECEIPT
By:
Date: SEP 12 2002

-2-