ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 0 7 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Case No. ~~00-00020~~ 02-0002 gpH |
| vs. | |
| $35,000.00 UNITED STATES CURRENCY, | ORDER |
| Defendant. | |

On September 10, 2002, this case was initiated by the filing of a Verified Complaint of Forfeiture. Pursuant to Rule LR 16.1(c)(3) of the Local Rules of Practice for the District Court of Guam, on October 22, 2002, a Scheduling Notice was issued setting the Scheduling Conference for December 9, 2002. The Scheduling Notice also established a deadline of November 24, 2002 for submitting a proposed Scheduling Order and Discovery Plan.

On December 8, 2002, Supertyphoon Pongsona struck Guam. Due to the devastating effects of Supertyphoon Pongsona, all previously scheduled hearings from December 9, 2002 through December 20, 2002 were vacated.

To date, the plaintiff has not submitted the proposed Scheduling Order and Discovery Plan. The plaintiff is directed to submit the necessary documents no later than January 17, 2003 or take other action to move this case along. Failure to do so may result in the dismissal of this action.

SO ORDERED this 6th day of January, 2003.

JOHN S. UNPINGCO
District Judge