$35,000.MDF

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 16 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$35,000.00 UNITED STATES CURRENCY,<br><br>Defendant. | CIVIL CASE NO. 02-00026<br><br>**MOTION FOR DEFAULT JUDGMENT AND ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE AND MEMORANDUM OF LAW** |

COMES NOW the plaintiff United States of America, by and through its attorneys, Frederick A. Black, United States Attorney, and Karon V. Johnson, Assistant United States Attorney, and hereby moves this Honorable Court for an Order granting to the United States a default judgment in this case, and issuing a Order of Preliminary Forfeiture based on the claimant's failure to file an answer, as further set forth below.

1. On June 14, 2002, Charles Kirtley, the next of kin of the deceased Michael C. Kirtley, filed with the Drug Enforcement Administration a claim for the defendant $35,000.00 United States Currency. In response to that claim, the United States initiated this judicial proceeding to effect the forfeiture of this res; the Verified Complaint of Forfeiture was filed September 10,

-1-

2002.

2. A copy of the Verified Complaint of Forfeiture and Notice of Arrest were mailed by this office on September 13, 2002, to Charles Kirtley at 20853 Yam Street, Orlando, Florida, 32833. This was the address which claimant Kirtley had given the DEA when he initiated his claim. This Complaint was mailed by certified mail, receipt Z 324 846 246.

3. The United States requested the U.S. Postal Service to trace this letter, to ensure that in fact Mr. Kirtley had received it. On January 6, 2003, the U.S. Postal Service faxed this office a receipt for certified mail, attached hereto as Exhibit A. This receipt shows that the envelope was delivered to Charles Kirtley on September 26, 2002, at 14:33, and that he signed for it.

## MEMORANDUM OF LAW

The Supplemental Rules for Certain Admiralty and Maritime Claims, Rule C(6), provides that the claimant shall file a claim within 10 days after process has been executed or within such additional time as may be allowed by the court, and shall serve an answer within 20 days after the filing of the claim.

18 United States Code, § 983(a)(4), however, is in conflict with Rule C(6), in that it provides as follows:

> (4)(A) In any case in which the Government files in the appropriate United States district court a complaint for forfeiture of property, any person claiming an interest in the seized property may file a claim asserting such person's interest in the property in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims, except that such claim may be filed not later than 30 days after the date of service of the Government's complaint, or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the complaint.
>
> (4)(B) A person asserting an interest in seized property, in accordance with subparagraph (a), shall file an answer to the Government's complaint for forfeiture not later than 20 days after the date of the filing of the claim.

Regardless of which rule obtains, it has been approximately 103 days since Mr. Kirtley received the government's Verified Complaint of Forfeiture. The failure to file a claim in response to the government's complaint means that claimant lacks statutory standing. United States v. ... Lido Motel, 135 F.3d 1312 (9th Cir. 1998). The failure to file a timely answer

-2-

likewise deprives the claimant of statutory standing.  <u>United States v. Commodity Account No. 54954930 at Saul Stone & Co.</u>, 219 F.3d 595 (7th Cir. 2000).

Federal Rule of Civil Procedure 55 provides that the court may enter an order of default when the party against whom relief is sought has failed to plead or otherwise defend the action as provided by law.  Claimant Charles Kirtley has had ample opportunity to respond to the Verified Complaint of Forfeiture and has failed to do so.

## PRAYER FOR A DEFAULT JUDGMENT

WHEREFORE, the United States of America prays that this Honorable Court issue a default judgment against claimant Charles Kirtley and an Order of Preliminary Forfeiture, forfeiting to the United States of America the defendant $35,000.00 United States Currency and disposing of it in accordance with the law.

RESPECTFULLY SUBMITTED this __16th__ day of January, 2003.

> FREDERICK A. BLACK
> United States Attorney
> Districts of Guam and the NMI
>
> By: _____
> KARON V. JOHNSON
> Assistant U.S. Attorney

Direct Query - Intranet Page 1 of 1

Attn! Connie from *Nestor*

*Johnson*

## Track/Confirm - Intranet Item Inquiry
### Item Number: Z324 8462 46

**This item was delivered on 09/26/2002 at 14:33.**



Delivery Section

Signature: *Chas Kuhl*
Charles Ketter

Address: 2254 Bagdad ave Orl. FL



Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ◯

Item Number:

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/netdata-cgi/db2www/cbd_242.d2w/IMG          1/3/03

*EXHIBIT A*