$35000.CER

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00026 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| $35,000.00 UNITED STATES CURRENCY, | |
| Defendants. | |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on September 13, 2002, I caused to be served, by United States Postal Mail Certified Mail No. Z 324 846 246 Return Receipt Requested, a copy of the foregoing documents: **Verified Complaint of Forfeiture** and **Notice of Arrest**, in the above-referenced case to the following party:

CHARLES KIRTLEY
20853 Yam Street
Orlando, Florida 32833

DATED: 1/16/03

CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney

-1-