$35000.PRE

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 1 0 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO.  02-00026 |
| Plaintiff, ) | |
| vs. ) | **PRELIMINARY ORDER OF FORFEITURE** |
| $35,000.00 UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

WHEREAS, on June 14, 2002, Charles Kirtley, the next of kin to the deceased Michael C. Kirtley, filed with the Drug Enforcement Administration a claim for the defendant $35,000.00 United States Currency. In response to that claim, the United States initiated this judicial proceeding to effect the forfeiture of this res; the Verified Complaint of Forfeiture was filed September 10, 2002;

WHEREAS, a copy of the Verified Complaint of Forfeiture and Notice of Arrest were mailed by the United States Attorney's Office on September 13, 2002, to Charles Kirtley at 20853 Yam Street, Orlando, Florida, 32833, which address Claimant Kirtley had given the DEA when he initiated his claim. These documents were mailed by certified mail, receipt Z 324 846 246;

-1-

WHEREAS, the United States requested the U.S. Postal Service to trace this letter, to ensure that in fact Mr. Kirtley had received it. The results of which trace was faxed to the United States Attorneys Office on January 6, 2003, and indicate that the Verified Complaint and Notice of Arrest were delivered to Charles Kirtley on September 26, 2002, at 14:33, and that he signed for it;

AND WHEREAS, Claimant Charles Kirtley has failed to file a claim as provided by the Supplemental Rules for Certain Admiralty and Maritime Claims, Rule C(6) and 18 United States Code, § 983(a)(4) or an answer as provided by the same rules and statute, in a timely matter as provided therein;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That the United States is hereby authorized to seize the said defendant $35,000.00 in United States Currency, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1);

2. That pursuant to 21 U.S.C. § 853(n)(1), the United States Marshal shall forthwith publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of

Forfeiture, as a substitute for published notice as to those persons so notified.

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. 982(b)(1)(B) and 21 U.S.C. 853(n), in which all interests will be addressed.

ORDERED this 16th day of January, 2003.

JOHN S. UNPINGCO
Presiding Judge
District Court of Guam

Presented by:

FREDERICK A. BLACK
United States Attorney

By: KARON V. JOHNSON
Assistant United States Attorney



RECEIVED
JAN 16 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-