$35000.REQ

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
MAR 1 4 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00026 |
| Plaintiff, ) | |
| vs. ) | **REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT** |
| $35,000.00 UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM:

    Plaintiff, United States of America, hereby requests entry of default and default judgment by the Clerk against Defendant, $35,000.00 United States Currency. Charles Kirtley, claimant to defendant $35,000.00 United States Currency, has failed to answer or plead or otherwise appear in the above-entitled action within the time required by law. Based upon plaintiff's motion for

\\

\\

\\

1 default judgment filed on January 16, 2003, please enter the default of defendant in this case.
2 This request is made in accordance with Rules 55(a) and (b)(1) of the Federal Rules of Civil
3 Procedure.
4     DATED: _____3/13/03_____, at Hagåtña, Guam.

                                   FREDERICK A. BLACK
                                   United States Attorney
                                   Districts of Guam and the NMI

                       By: _____
                                KARON V. JOHNSON
                                Assistant U.S. Attorney