$35000.ENT

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00026 |
| Plaintiff, | |
| vs. | **ENTRY OF DEFAULT** |
| $35,000.00 UNITED STATES CURRENCY, | |
| Defendant. | |

In this cause, Charles Kirtley claimant to defendant $35,000.00 United States Currency, having been regularly served with process, as appears from the record and papers on file herein, and having failed to answer the Plaintiff's complaint or otherwise appear, and the time for answering having expires;

NOW, on application of Karon V. Johnson, attorney for Plaintiff, the default of defendant $35,000.00 United States Currency is hereby entered herein according to law.

DATED: __MAR 18 2003__, at Hagåtña, Guam.

FILED
DISTRICT COURT OF GUAM
MAR 18 2003
MARY L. M. MORAN
CLERK OF COURT

MARY L.M. MORAN
Clerk of Court
District Court of Guam

By: Renee M. Martinez
Deputy Clerk

RECEIVED
MAR 17 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM