$35000.DEF

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 19 2003
MARY L. M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00026 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFAULT JUDGMENT** |
| ) | |
| $35,000.00 UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

<u>DEFAULT JUDGMENT</u>

WHEREAS, on June 14, 2002, Charles Kirtley, the next of kin of the deceased Michael C. Kirtley, filed with the Drug Enforcement Administration a claim for the defendant $35,000.00 United States Currency. In response to that claim, the United States initiated this judicial proceeding to effect the forfeiture of this res; the Verified Complaint of Forfeiture was filed September 10, 2002;

-1-

WHEREAS, a copy of the Verified Complaint of Forfeiture and Warrant of Arrest was mailed by the United States Attorney's Office on September 13, 2002, to Charles Kirtley at 20853 Yam Street, Orlando, Florida, 32833, which address claimant Kirtley had given the DEA when he initiated his claim. This Complaint and Notice of Arrest were mailed by certified mail, receipt Z 324 846 246;

WHEREAS, the United States requested the U.S. Postal Service to trace this letter, to ensure that in fact Mr. Kirtley had received it. The results of which trace was faxed to the United States Attorney's Office on January 6, 2003, and indicate that the Verified Complaint and Notice of Arrest were delivered to Charles Kirtley on September 26, 2002, at 14:33, and that he signed for it;

AND WHEREAS, claimant Charles Kirtley has failed to file a claim as provided by the Supplemental Rules for Certain Admiralty and Maritime Claims, Rule C(6) and 18 United States Code, § 983(a)(4) or an answer as provided by the same rules and statute, in a timely matter as provided therein;

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff, United States of America, against claimant Charles Kirtley, thereby denying any claim and interest he has in the said defendant $35,000.00 in United States Currency

//
//
//
//
//

and said defendant is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1);

**SO ORDERED** this 19th day of March, 2003.

JOHN S. UNPINGCO
Chief Judge
District Court of Guam

Presented by:

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: *Karon V. Johnson*
KARON V. JOHNSON
Assistant United States Attorney

**RECEIVED**
MAR 13 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Notice is hereby given that this document was entered on the docket on 3/19/03. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 3/19/03
Deputy Clerk    Date