$35,000.CR1

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 26 2003
MARY L. M. MORAN
CLERK OF COURT
11

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> $35,000.00 UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 02-00026 <br><br> **CERTIFICATE OF SERVICE** |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on March 26, 2003, I caused to be served, by U.S. Postal Service certified mail return receipt requested, copies of the foregoing documents: **Motion for Default Judgment and Issuance of a Preliminary Order of Forfeiture and Memorandum of Law, Preliminary Order of Forfeiture, Request for Entry of Default and Default Judgment, Entry of Default,** and **Default Judgment**, in the above-referenced case to the following party: Charles Kirtley, 2264 Bagdad Avenue, Orlando, Florida 32833.

DATED: 3/26/03

CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney