1   $35000.MFO

2   FREDERICK A. BLACK
    United States Attorney
3   KARON V. JOHNSON
    Assistant U.S. Attorney
4   Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
5   Agana, Guam 96910
    Telephone: (671) 472-7332/7283
6   Telecopier: (671) 472-7334

7   Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>Plaintiff,  )  <br>  )  <br>vs.  )  <br>  )  <br>$35,000.00 UNITED STATES  )  <br>CURRENCY,  )  <br>  )  <br>Defendant.  )  <br>_____ ) | CIVIL CASE NO. 02-00026 <br><br> **UNITED STATES MOTION FOR FINAL ORDER OF FORFEITURE** |

COMES NOW the United States of America, by and through Karon V. Johnson, Assistant United States Attorney for the District of Guam, and respectfully moves this Honorable Court for a Final Order of Forfeiture in the above-entitled cause, and in support thereof represents to the Court the following facts:

1. The United States hereby incorporates by reference, as though fully set forth herein, all its averments contained in its Motion for Default Judgment and Issuance of a Preliminary Order of Forfeiture and Memorandum of Law filed on January 16, 2003. This Honorable Court entered the Preliminary Order of Forfeiture on February 10, 2003.

2. On March 26, 2003, Carmelleta San Nicolas, the forfeiture secretary for the United States Attorney's Office, delivered by certified mail a copy of the Motion for Default Judgment and Issuance of a Preliminary Order of Forfeiture and Memorandum of Law, Preliminary Order of

-1-

Forfeiture, Request for Entry of Default and Default Judgment, Entry of Default, and Default Judgment to the sole claimant of this property, Charles Kirtley. For the court's reference, Ms. San Nicolas' certificate of service is attached hereto as Exhibit 1. A copy of the original Receipt for Certified Mail Number 7001 2510 0006 8488 2132 is attached hereto as Exhibit 2, and a copy of the United States Postal Delivery Status Report is attached hereto as Exhibit 3.

3. The United States has not received any communication or documents from Charles Kirtley, nor to its knowledge has he filed any objection to the Preliminary Order of Forfeiture with this Honorable Court.

4. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert. The United States has served process on the only person known to the Plaintiff to have an interest in the defendant $35,000.00 United States Currency, Charles Kirtley.

6. The United States published notification of the Court's February 10, 2003, Preliminary Order of Forfeiture in the <u>Pacific Daily News</u>, a newspaper of general circulation on April 5, 2003, April 12, 2003 and April 19, 2003.

7. No other third party has made a claim to or declared any interest in the above-described forfeited property.

**WHEREFORE**, the United States moves this Court for a Final Order of Forfeiture declaring the defendant $35,000.00 in United States Currency forfeited as to all parties and vesting full right, title and interest in the defendant $35,000.00 United States Currency in the United States and directing the United States Marshal to dispose of the defendant real property according to law.

Respectfully submitted this 12th day of May, 2003.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

| | |
|---|---|
| 1 | $35,000.CR1 |
| 2 | FREDERICK A. BLACK<br>United States Attorney |
| 3 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 4 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue |
| 5 | Agana, Guam 96910<br>Telephone: (671) 472-7332/7283 |
| 6 | Telecopier: (671) 472-7334 |
| 7 | Attorneys for United States of America |

FILED
DISTRICT COURT OF GUAM
MAR 26 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 02-00026 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| $35,000.00 UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on March 26, 2003, I caused to be served, by U.S. Postal Service certified mail return receipt requested, copies of the foregoing documents: **Motion for Default Judgment and Issuance of a Preliminary Order of Forfeiture and Memorandum of Law, Preliminary Order of Forfeiture, Request for Entry of Default and Default Judgment, Entry of Default,** and **Default Judgment**, in the above-referenced case to the following party: Charles Kirtley, 2264 Bagdad Avenue, Orlando, Florida 32833.

DATED: 3/26/03

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney

GOVERNMENT EXHIBIT 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>Charles Kirtley | B. Date of Delivery |
| | C. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>CHARLES KIRTLEY<br>2264 Bagdad Avenue<br>Orlando, Florida 32833 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | |
| 2. Article Number *(Copy from service label)*<br>7001 2510 0006 8488 2132 | | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KARON V. JOHNSON
Assistant U.S. Attorney
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

GOVERNMENT EXHIBIT 2



# Track & Confirm

**Delivery Status**

You entered 7001 2510 0006 8488 2132

Your item was delivered at 4:21 pm on April 09, 2003 in ORLANDO, FL 32828.

( Shipment History > )

**Track & Confirm**

Enter label number:

Track & Confirm FAQs   ( Go > )

 **POSTAL INSPECTORS** Preserving the Trust    site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy



GOVERNMENT EXHIBIT
B