$35,000.ORD

FREDERICK A. BLACK
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00026 |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| $35,000.00 UNITED STATES CURRENCY, | |
| Defendant. | |

**WHEREAS**, on February 10, 2003, this Court entered a Preliminary Order of Forfeiture forfeiting the defendant $35,000.00 United States Currency to the United States of America, and

**WHEREAS**, on April 5, 2003, April 12, 2003 and April 19, 2003, the United States published in the Pacific Daily News, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

**AND WHEREAS**, it appears from the record that no other claims, contested or otherwise, have been filed for the above-described property,

-1-

**IT IS HEREBY ORDERED, ADJUDGED** and **DECREED**:

1. That the right, title and interest to the above-described $35,000.00 United States Currency is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That a copy of this Order shall be recorded forthwith by the United States Marshal or his duly authorized designee in the District of Guam, and when recorded shall be notice to any potential transferee of the right, title and interest of the United States of America therein.

3. That this forfeited $35,000.00 in United States Currency, as well as any income or interest derived as a result of the United States Marshals management of said property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Assets Forfeiture fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

**SO ORDERED** this 19th day of May, 2003.

JOHN S. UNPINGCO
Chief Judge
District Court of Guam

RECEIVED
MAY 1 3 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM