FILED
DISTRICT COURT OF GUAM
MAY 20 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$35,000.00 UNITED STATES CURRENCY,<br><br>Defendant. | Civil Case No. 02-00026<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Default Judgment filed March 19, 2003 and the Final Order of Forfeiture filed May 20, 2003.

Dated this 20th day of May, 2003, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on MAY 20 2003. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ MAY 20 2003
Deputy Clerk    Date